**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge David L. West**

**Criminal Case No. 12-CR-00410-MSK**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs.**

**1. JAY BENJAMIN BLACK,**

**Defendant.**

---

**ORDER RE: UNOPPOSED MOTION TO MODIFY CONDITIONS OF
RELEASE [DOC. #32]**

---

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

The Defendant's Unopposed Motion to Modify Conditions of Release to Allow Mr. Black to Remain in Treatment for an Additional Thirty Days Without an Appearance in Durango on November 27, 2012 and Request for Leave to File Additional Motions to Extend Mr. Black's Treatment Stay [Doc. #32] was referred to the Magistrate Judge by Judge Marsha S. Krieger on November 19, 2012.

The Magistrate Judge and reviewed and considered the Unopposed Motion [Doc. #32], and

**IT IS HEREBY ORDERED** that upon the execution of the amended terms and conditions of bond [See Attachment A] by Defendant and his mother, Stephanie Ribera, the Unopposed Motion [Doc. #32] is **GRANTED** and Defendant's bond is hereby further amended as follows:

    1. The Defendant is to remain in residential treatment at the Hills Treatment Center in Los Angeles, California for an additional thirty (30) days until December 22, 2012.

    2. The Court vacates the bond review hearing set for November 27, 2012, and sets the Defendant's next Court appearance in Durango on December 26, 2012 at 3:00 p.m.

for review of Defendant's status while on bond and consideration of additional conditions of release. The Defendant's presence is required at this hearing, however, the Court is willing to consider other options if such a request is filed by December 20, 2012.

Defendant and his mother, Stephanie Ribera, must sign the Second Amendment to Order Setting Conditions of Release and a faxed copy must be received by the Court by November 21, 2012 at noon.

**DATED: November 20, 2012.**

                        **BY THE COURT:**

                        s/David L. West
                        **United States Magistrate Judge**