# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge David L. West

**Criminal No. 12-CR-00410-MSK**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs.**

**1. JAY BENJAMIN BLACK,**

**Defendant.**

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

In order to accommodate the Court's schedule,

**IT IS HEREBY ORDERED** that the bond review hearing scheduled for January 24, 2013 at 2:30 p.m. is **VACATED** and **RESCHEDULED to January 29, 2013 at 3:00 p.m.** before the Magistrate Judge in Durango, Colorado.

**DATED: January 8, 2013.**

                                        **BY THE COURT:**

                                        **s/David L. West**
                                        **United States Magistrate Judge**