UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Criminal Action No. 12-cr-410-MSK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.     JAY BENJAMIN BLACK,

       Defendant.

_____

**ORDER GRANTING GOVERNMENT'S MOTION TO DISCLOSE GRAND JURY
TRANSCRIPTS TO DEFENDANT**

_____

THIS MATTER comes before the Court on the Government's Motion to Disclose Grand Jury Transcript to Defendant (Motion) **(#52)** filed January 23, 2013. Having reviewed the Motion,

**IT IS ORDERED** that the Motion is **GRANTED,** and that a copy of the transcript of testimony given before the grand jury may be disclosed to the Defendant, Jay Benjamin Black, and his attorneys in the course of discovery in this case. It is

**FURTHER ORDERED** that such materials are disclosed only to the defendant Jay Benjamin Black, and his attorneys; that the defense attorneys shall maintain custody of such materials, and shall not reproduce or disseminate the same; and that such materials shall be returned to the United States at the end of the case.

DATED this 23rd day of January, 2013.

BY THE COURT:

Marcia S. Krieger
Chief United States District Judge